UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA RODRIGUEZ,

    Plaintiff,

v.                                    CASE NO: 8:09-cv-1035–T-26MAP

MICHAEL ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Remand (Dkt. 11) is granted. This case is remanded to the Commissioner pursuant to sentence six of 42 U.S.C. § 205(g) for further administrative proceedings. The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on August 21, 2009.

            s/*Richard A. Lazzara*
            **RICHARD A. LAZZARA**
            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record